IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AURORA MOLINA,

    Plaintiff,

v.                                             No. CV 20-670 KWR/CG

ETHICON, INC., et al.,

    Defendants.

## ORDER ADOPTING MULTI-DISTRICT LITIGATION ORDERS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Adopt Certain 2327 Pretrial Orders* (the "Joint Motion"), (Doc. 28), filed October 14, 2020. The parties in their Joint Motion ask that the following Multi-District Litigation ("MDL") No. 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation Pretrial Orders, originally entered by the United States District Court for the Southern District of West Virginia ("SDWV"), be adopted in this case:

1. MDL No. 2327, SDWV Docket No. 204, Pretrial Order No. 11 – Stipulated Protective Order, (Doc. 28-1);

2. MDL No. 2327, SDWV Docket No. 235, Pretrial Order No. 13 – Stipulation for the Production of Documents and Electronically Stored Information, (Doc. 28-2);

3. MDL No. 2327, SDWV Docket No. 545, Pretrial Order No. 45 – Preservation Order, (Doc. 28-3); and

4. MDL No. 2327, SDWV Docket No. 1657, Pretrial Order No. 190 – Pathology Protocol for Preservation and Testing of Explants and Tissue Samples Taken from Plaintiffs, (Doc. 28-4).

The Court, having reviewed the Joint Motion, finds the Joint Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the above listed MDL No. 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation Pretrial Orders shall be adopted in these proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE