# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

AURORA MOLINA,

    Plaintiff,

v.                                   No. CV 20-670 KWR/CG

ETHICON, INC., et al.,

    Defendants.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. The parties indicate in their *Joint Notice of Settlement*, (Doc. 41), filed May 14, 2021, that "a settlement has been reached in this matter."

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **June 17, 2021**.

**IT IS FURTHER ORDERED** that the status conference scheduled for June 22, 2021, at 1:30 p.m., is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE