IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AURORA MOLINA,

    Plaintiff,

v.                              No. CV 20-670 KWR/CG

ETHICON, INC., et al.,

    Defendants.

## ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline to Submit Closing Documents* (the "Motion"), (Doc. 43), filed June 14, 2021. In the Motion, the parties state that "[a]lthough the case has settled in principle, settlement has not yet been finalized and funds have not yet been transmitted to Plaintiffs." *Id.* at 1. The parties therefore request an extension of sixty days to submit closing documents "to give the parties enough time to coordinate payment of the settlement funds." *Id.* The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **July 19, 2021**. If further need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE